```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**CHERYL WHITE-GRIER,**

                **Plaintiff,**

    - against -

**THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,**

                **Defendant.**

**11 Civ. 8142 (JGK)**

**MEMORANDUM OPINION AND ORDER**

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached correspondence from the plaintiff, which it forwards to the parties.  The plaintiff requests that the Court appoint pro bono counsel in her case.  However, the Court cannot determine whether the necessary showing for appointment of counsel has been met.  The Court of Appeals for the Second Circuit has articulated factors that should guide the Court's discretion to appoint counsel to represent an indigent civil litigant under 28 U.S.C. § 1915.  See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000).  For the Court to order the appointment of counsel, the petitioner must, as a threshold matter, demonstrate that her claim has substance or a likelihood of success on the merits.  See Hodge, 802 F.2d at 60-61.  Only then can the Court consider the other factors appropriate to determination of whether counsel should be appointed: "plaintiff's ability to obtain representation independently, and

her ability to handle the case without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). The plaintiff has not yet made such a showing. The plaintiff's application for the Court to appoint counsel is therefore **denied without prejudice** for failure to make the required showing at this time.

The sixty-day stay imposed by the Court's Order of April 17, 2012 has now expired. The plaintiff informs the Court that she is now proceeding pro se. The plaintiff should advise the Pro Se Office of her address and a phone number at which she can be reached, so that papers can be served directly on her.

SO ORDERED.

Dated:   New York, New York
         June 19, 2012

_____
John G. Koeltl
United States District Judge

6/13/12

To: Justice Koetl (fax) 212-505-7912
500 Pearl St. Part 12B

From: Cheryl White Grier (h) 347 286-0166

- I have attached documents requesting an attorney
- I am notifying you that I have to represent myself.
- I have attached documents verifying Affirmation of Service.
- I have attached a list of attorney resources I have contacted to no avail.
- Corporation Counsel has received a copy of these same documents.


RECEIVED
JUN 19 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Total 12 pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL WHITE-GRIER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1-11 Civ. 8142 (JGK) (   )

- against -

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK a/k/a
THE SCHOOL DISTRICT OF THE CITY OF NEW YORK

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHERYL WHITE-GRIER *(name)*, declare under penalty of perjury that I have served a copy of the attached NOTICE OF APPEARANCE
*(document you are serving)*

upon CORPORATION COUNSEL OF THE CITY OF NEW YORK *(name of person served)* whose address is 100 CHURCH STREET

100 CHURCH STREET NEW YORK, NEW YORK 10007
*(where you served document)*

by PERSONAL DELIVERY
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: NEW YORK *(town/city)*, NY *(state)*
JUNE *(month)* 18 *(day)*, 2012 *(year)*

Signature: *(signed)* W/s. C White-Grier

765 FOREST AVENUE SUITE 9
*Address*

STATEN ISLAND, NEW YORK
*City, State*

10310
*Zip Code*

917-379-2802
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL WHITE-GRIER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1:11 Civ. 8142 (JGK) (____)

- against -

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK a/k/a
THE SCHOOL DISTRICT OF THE CITY OF NEW YORK

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHERYL WHITE-GRIER, *(name)* declare under penalty of perjury that I have served a copy of the attached APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL

*(document you are serving)*

upon CORPORATION COUNSEL OF THE CITY OF NEW YORK whose address is 100 CHURCH STREET

*(name of person served)*

100 CHRUCH STREET NEW YORK, NEW YORK 10007

*(where you served document)*

by PERSONAL DELIVERY

*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: NEW YORK , NY
       *(town/city)*   *(state)*

JUNE       18  , 2012
*(month)*   (day) (year)

Signature

765 FOREST AVENUE SUITE 9
*Address*

STATEN ISLAND, NEW YORK
*City, State*

10310
*Zip Code*

917-379-2802
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL WHITE-GRIER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1:11 Civ. 8142 (JGK) ( )

- against -

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK a/k/a

THE SCHOOL DISTRICT OF THE CITY OF NEW YORK

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHERYL WHITE-GRIER , declare under penalty of perjury that I have
         *(name)*

served a copy of the attached Application for the Court to Request Counsel Pursuant to 18 USC SEC.3006A(g)
                                  *(document you are serving)*

upon CORPORATION COUNSEL OF THE CITY OF NEW YORK whose address is 100 CHURCH STREET
          *(name of person served)*

100 CHRUCH STREET NEW YORK, NEW YORK 10007
                 *(where you served document)*

by PERSONAL DELIVERY

*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: NEW YORK , NY
         *(town/city)*   *(state)*

JUNE    18 , 2012
*(month)*  *(day) (year)*

Signature

765 FOREST AVENUE SUITE 9
*Address*

STATEN ISLAND, NEW YORK
*City, State*

10310
*Zip Code*

917-379-2802
*Telephone Number*

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL WHITE-GRIER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1:11 Civ. 8142 (JGK) (___)

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, a/k/a

THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK

**APPLICATION FOR THE COURT TO REQUEST *PRO BONO* COUNSEL**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHERYL WHITE-GRIER _____, *(print or type your name)* am a party in this case and cannot afford an attorney. I ask the Court to request *pro bono* counsel to represent me in this action. **I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney through Court's *Pro Bono* Program volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.**

1. In support of my application, I provide the following information: *(Use additional paper if necessary.)*

    A. Have you asked the Court to request *pro bono* counsel in this case before? If yes, when were your prior applications filed and what has changed in the status of your case since you last asked the Court to request *pro bono* counsel?
    No, I have not.

    B. Requests for *pro bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case. What has happened in your case that demonstrates the potential merit of your case?
    I do not have the training to put together merits of the case without an attorney.
    I paid an attorney who took my money and removed himself from my case.
    I asked the previous attorney to present my case in another legal manner, he refused.
    I sought other pro bono attorneys, to no avail.
    This is an Estoppel case and requires an attorney before any other case merits can be presented.

C. Explain why you need an attorney in this case.
I am not formally trained to represent myself in this case.
The charges of Estoppel are charges that I no nothing about and do not know how to defend myself against the Department of Education.

D. Explain what steps you have taken to find an attorney and with what results. *(Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)*
I have contacted the Legal Referral Service, to no avail.
I have contacted organizations that represent the under represented, to no avail.
I have contacted law schools
I sought legal representation during the answer and question session for Legal Help Day in May 2012, to no avail. (See the attached sheet of legal assistance I sought.)

E. If you need an attorney who speaks a language other than English, state what language(s) you speak:
I speak English.

2. In further support of my application, I declare that (check appropriate box):

☐ I have previously filed a Request to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.

☒ I have not previously filed a Request to Proceed *In Forma Pauperis* in this case, and now attach an original Request to Proceed *In Forma Pauperis* detailing my financial status.

☐ I have previously filed a Request to Proceed *In Forma Pauperis* in this case, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* showing my current financial status.

3. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

4. I understand that if my answers on this application are false, my case may be dismissed.

5. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 18, 2012                                        _____
                                                                                *Signature*

Rev. 4/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL WHITE-GRIER

_____

_____
*(In the space above enter the full name(s) of the petitioner(s).)*

-against-

_____

_____

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

a/k/a THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. 1:11/8 (142) (JGK)

**APPLICATION FOR THE COURT
TO REQUEST COUNSEL
PURSUANT TO 18 U.S.C. § 3006A(g)**

I, CHERYL WHITE-GRIER _____, *(print or type your name)* am a party in this case and am unable to afford the services of an attorney. I hereby request the Court to grant my request for counsel to represent me in this proceedings.

1. In support of my application, I provide the following information:

   A. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
   I am not an attorney with the necessary legal training needed to adequately defend myself.

   B. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
   I hired an attorney who took my money, removed himself. I also sought other attorneys to no avail.

   C. If you need a lawyer who speaks in a language other than English, state what language you speak:
   I speak English.

*Rev. 10/2010*

2. In further support of my application, I declare that (check appropriate box):

   ☐ I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, and it is a true and correct representation of my current financial status.

   ☒ I have not previously filed a Request to Proceed *In Forma Pauperis* in this proceeding, and now attach an original Request to Proceed *In Forma Pauperis* application detailing my financial status.

   ☐ I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* application showing my current financial status.

3. I understand that if a lawyer volunteers to represent me and that lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

4. I understand that if my answers on this application are false, my case may be dismissed.

5. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 18, 2012

_____
Signature

Rev. 10/2010

| # | Date | Name | Address/Contact | Response | Source |
|---|---|---|---|---|---|
| 1. | 4/19/2012 | Derek Smith | 30 Broad Street, 35th Floor, New York, New York 10004 Tel: 1-877-4NYLAWS • (877) 469-5297 | Cannot afford this attorney | dtslaws@msn.com |
| 2. | 4/19/2012 | D. Andrew Marshall | 347-834-8288  212-514-8288  (212) 571-3030  *225 Broadway New York, NY 10007 Neighborhood: Financial District* | Did not respond | www.yelp.com/biz/d-andrew-marshall-new-york - |
| 3. | 4/20/2012 | Robert Davis | 212-477-4777  (Currently listed in Civil Law ) Robert B Davis Attorney 233 Broadway - Suite 2704 New York, NY 10279 Phone: Robert B Davis Attorney New York ... | Does not handle my kind of case. | www.localnewyorkattorneys.com/Robert-B-Davis-Attorney |
| 4. | 4/23/2012 | David Cellura | 212-233-2910  <u>Cellura Davin P Atty - Midtown East - New York, NY</u>  (212) 603-6524 - 875 3rd Avenue, New York, NY 10022 White Plains bankruptcy lawyer Michael H. Schwartz is the largest filer of bankruptcy cases for people living in Westchester and Rockland Counties. | Does not handle my kind of case. | www.yelp.com/biz/cellura-davin-p-atty-new-york - |

| # | Date | Name | Address/Phone | Result | Website |
|---|---|---|---|---|---|
| 5. | 4/23/2012 | Cardozo Law Firm/ Dan Silverman | 718-237-8693 | Does not handle my kind of case. | dan@silvermansilverman.com |
| 6. | 4/24/2012 | Nat'l Organization for Women | 212-627-9895 | Does not handle my kind of case. | |
| 7. | 4/24/2012 | Kevin Mintzer/Leia | 718-420-6138 | Does not handle my kind of case. | |
| 8. | 4/25/2012 | NAACP Legal Defense | National Headquarters. NAACP Legal Defense and Educational Fund, Inc. 99 Hudson Street, Suite 1600 New York, NY 10013 (212) 965-2200. | Does not handle my kind of case. | www.naacpldf.org/contact-us |
| 9. | 4/25/2012 | NY Law School | 212-431-2100 | Does not handle my kind of case. | www.nyls.edu |
| 10. | 4/26/2012 | Legal Referral Service | Association of the Bar of the City of New York 42 West 44 Street New York, NY 10036  212-626-7373 | Does not handle my kind of case. | www.abcny.org |
| 11. | 4/27/2012 | Brooklyn Public Law | 718-625-2200 | Does not handle my kind of case. | www.brooklaw.edu |
| 12. | 4/27/2012 | Work Place | 212-417-3838 | Does not handle my kind of case. | |
| 13. | 4/30/2012 | Laurie Beck/CUNY City Law | 718-340-4204, 718-340-4300 | Does not handle my kind of case. | www.cuny.edu |
| 14. | 5/1/2012 | CUNY City Law | 718-340-4204, 718-340-4300 | Does not handle my kind of case. | www.cuny.edu |
| 15. | 5/1/2012 | Intake U.S. District South Court | 212-805-0177 | Could not get information | No website |
| 16. | 5/2/2012 | NY Public Law | 212-244-4664 | Does not handle my kind of case. | www.volunteermatch.org |

P 10/12   CWG   347-286-0166 >>   212 805 7912   2012-06-18 19:55

| # | Date | Name | Contact | Notes | Website |
|---|---|---|---|---|---|
| 17. | 5/2/2012 | Human Rights First | 212-845-5200 | Does not handle my kind of case. (Asylum cases) | www.humanrightsfirst.org |
| 18. | 5/3/2012 | Pro Bono Lawyer | 212-244-4664 | Does not handle my kind of case. | www.probono.net |
| 19. | 5/3/2012 | Columbia SIPA: Faculty Barbara Nunberg  SIPA Faculty. Barbara Nunberg International Affairs Building, Room 818 Professor of Professional Practice in International and Public Affairs Phone: 212-854-0535 | 212-854-0535 SIPA Faculty. Barbara Nunberg International Affairs Building, Room 818 Professor of Professional Practice in International and Public Affairs. | Does not handle my kind of case. | www.sipa.columbia.edu |
| 20. | 5/4/2012 | NY Lawyers for the Public Interest | 212-626-7373 | Does not handle my kind of case. | www.nylpi.org |
| 21. | 5/4/2012 | Legal Day Free Legal Assistance | No number IN front of 60 Center Street | Does not handle my kind of case. | No website |
| 22. | 5/7/2012 | Linda Bridgers | 917-612-1554 | Does not handle my kind of case. | |
| 23. | 5/7/2012 | PROBONO.NET | (212) 760-2534 | Does not handle my kind of case. Referred me www.lawhelp.org | probono.net |
| 24. | 5/8/2012 | Bklyn Bar Association Pro Bono Project | 123 Remsen St Brooklyn, NY 11201 (718) 624-3894 | Does not handle my kind of case. Call Tues, Weds, Thurs Area of law: Consumer, Debt/Credit/Bankruptcy, Elder Law, Family & Juvenile, Foreclosure, HIV/AIDS, Housing | www.yelp.com.biz |
| 25. | 5/8/2012 | SHIELD (Self-Help Information, Education and Legal Defense) | (212) 626-7383 Hours: Monday - Friday, 9:00 AM - 12:30 PM | Does not handle case, but referred me to libraries. | http://www.newyorkcity.feb.gov/advocacy.htm |

| # | Date | Organization | Address | Result | Website |
|---|---|---|---|---|---|
| 26. | 5/9/2012 | The Door Services Center | 121 6th Ave New York, NY 10013-1510 Phone: 212-941-9090 ext. 233 Fax: 212-941-0714 | Does not handle my kind of case. (Young People) | www.probono.net |
| 27. | 5/9/2012 | STAN WEBER | 100 Church Street, Suite 819 New York, NY 10007 Phone: (646) 827-9393 Fax: (646) 845-7464 | Left message. Does not handle my kind of case. | www.legalhandle.com/pro-bono-attorneys-New-York.html |
| 28. | 6/13/2012 | CUNY Law School | (718) 575-4300 | Did not answer phone | www.law.cuny.edu |
| 29. | 6/15/2012 | Staten Island The Legal Aid Society Staten Island Neighborhood | Office 60 Bay Street Staten Island, NY 10301 (718) 273-6677 (718) 442-2679 (fax) | Does not handle my case and referred me to Legal Referral. | www.legal-aid.org |